# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA MARTIN AND MYRA HUGGINS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,<br><br>Plaintiff,<br><br>vs.<br><br>**MDALGORITHMS, INC.; OBAGI COSMECEUTICALS LLC**,<br><br>Defendant. | Case No.: 24-CV-04333-YGR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFFS REBECCA MARTIN AND MYRA HUGGINS AND THEIR COUNSEL OF RECORD**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than November 15, 2024, why your claims should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m).

This action was filed on July 18, 2024. Under Rule 4(m), the complaint should have been served by October 16, 2024. If no complaint is filed, the case must be dismissed without prejudice unless additional time is authorized.

Failure to timely file a written response shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED**.

Date: October 31, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**